UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Walter D. Nealy, Esq.
100 South Van Brunt Street - Suite 2
Englewood, New Jersey 07631
Telephone: (201) 227-0063
Attorney for Debtor

In Re:

Gordon A. Washington

Case No.: 14-01319

Judge: Donald Steckroth(TBA)

Chapter: 13

Recommended Local Form:  ☑ Followed    ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____Gordon A. Washington_____, is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional Charles A. Gruen, Esq. to serve as (check all that apply):

   ☑ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because:
The debtor filed an adversary proceeding disputing a putative claim by alleged secured creditors. Resolution of this claim is critical to the debtor's Chapter 13 plan.

4. The professional has been selected because:
This attorney has over 30 years experience in complex commercial litigation. His firm has the staff and resources to successfully try the adversary complaint.

5. The professional services to be rendered are as follows:
Attorney services in the adversary complaint entitled Gordon A. Washington v. Specialized Loan Services, LLC and the Bank of New York Mellon, as Trustee for the Certificate-Holders of the CWABS, Inc. Asset-Backed Certificates 2007-5

6. The proposed arrangement for compensation is as follows:
Charles A. Gruen, Esq. - $350.00 per hour
Associates attorneys - $250.00 - $275.00 per hour
Paralegal Assistants - $85.00 - $125.00 per hour

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____
   _____
   _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:
   _____
   _____
   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:
   _____
   _____
   _____

3

    Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: July 8, 2014

_____
Signature of Applicant

Gordon A. Washington
Name of Applicant

rev.6/1/06;jml

4