LAW OFFICES
# CHARLES A. GRUEN
381 Broadway
SUITE 300
WESTWOOD, N.J. 07675

TELEPHONE (201) 342-1212
TELECOPIER (201) 342-6474
E-MAIL: cgruen@gruenlaw.com

CHARLES A. GRUEN
MEMBER OF NJ, NY, CT AND D.C. BARS
R.1:40 Qualified Mediator

MATTHEW E. McGOEY
MEMBER OF NJ AND NY BARS

ROSA AMICA-TERRA

MICHAEL KORIK
MEMBER OF NJ AND NY BARS

ROBERT D. GRUEN
(1926-2010)

EDYTHE LAZAROW
(1948-2002)

NEW YORK OFFICE

44 COURT STREET
SUITE 1212
BROOKLYN, N.Y. 11201

PLEASE ADDRESS ALL
CORRESPONDENCE TO
NEW JERSEY OFFICE

September 5, 2014

**VIA ELECTRONIC FILING**
Honorable Michael B. Kaplan, U.S.B.J.
Clarkson S. Fisher, U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Gordon A. Washington v. Specialized Loan Servicing, LLC and
      The Bank of New York Mellon, as Trustee for the Certificate-Holders of the
      CWABS, Inc., Asset-Backed Certificates, Series 2007-5
      Case No.: 14-14573
      Adversary Proceeding Case No.: 14-01319

Dear Judge Kaplan:

This firm represents the Plaintiff, Gordon A. Washington, with regard to the above-referenced matter.

Please accept this correspondence as confirmation that we advised David V. Mignardi, Esq. that the various Motions and Cross-Motions in the Adversary Proceeding Case which were scheduled for Tuesday, September 16, 2014 are now scheduled for Tuesday, September 30, 2014, at 1:30 p.m. in Newark, unless we hear from the Court that the hearings will be held elsewhere.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

*[signature]*

Rosa Amica-Terra

RAA:raa
Cc:   David V. Mignardi, Esq. (via electronic filing and e-mail)
      Walter Nealy, Esq. (via electronic filing and e-mail)
      Mr. Gordon Allen Washington (via e-mail)