| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**BALLARD SPAHR LLP**<br>Daniel JT McKenna<br>Christopher N. Tomlin<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>856-673-3840<br>*Attorneys for Defendants-Creditors* | |
| In re:<br><br>GORDON ALLEN WASHINGTON,<br><br>    Debtor. | Case No. 14-14573 (TBA)<br>Chapter 13 |
| GORDON ALLEN WASHINGTON,<br><br>    Plaintiff-Debtor,<br><br>    vs.<br><br>SPECIALIZED LOAN SERVICING LLC and THE BANK OF NEW YORK MELLON, as TRUSTEE for the CERTIFICATE-HOLDERS of the CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>    Defendants-Creditors. | Adv. Proc. No. 14-01319 (TBA) |

**ORDER GRANTING EMERGENCY MOTION FOR STAY PENDING APPEAL**

　　　　The relief set forth on the following page(s), numbered two (2) through two (2) is hereby ORDERED.

DMEAST #20445929 v1

THIS MATTER having been opened to the Court by Ballard Spahr LLP, counsel for Specialized Loan Servicing LLC ("SLS") as special servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2007-5 s/h/a The Bank of New York Mellon, as Trustee for the certificate-holders of the CWABS, Inc., ASSETBACKED CERTIFICATES, SERIES 2007-5 (the "Trust," with SLS the "Defendants-Creditors"), upon emergency motion (the "Stay Motion") pursuant to Fed. R. Bankr. P. 8005 for a stay pending appeal of the Court's November 17, 2014 Order Granting the Debtor's Motion for Summary Judgment (the "Summary Judgment Order") [Adv. Doc. No. 30];  and the Court having reviewed and considered the Stay Motion and any opposition thereto; and having heard the arguments of counsel, if any;  and good cause having been shown;

IT IS ORDERED as follows:

1. The Stay Motion is granted pursuant to Fed. R. Bankr. P. 8005 and the Summary Judgment Order shall be and, hereby is, stayed pending final resolution of Defendants-Creditors' appeal thereof.