**BALLARD SPAHR LLP**
Daniel JT McKenna
Christopher N. Tomlin
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
(856) 673-3840 (ph)
(856) 761-1020 (fax)
mckennad@ballardspahr.com
tomlinc@ballardspahr.com

*Attorneys for Defendants-Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | Case No. 14-14573 (TBA) |
| ) | Chapter 13 |
| GORDON ALLEN WASHINGTON, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| GORDON ALLEN WASHINGTON, ) | Adv. Proc. No. 14-01319 (TBA) |
| ) | |
| Plaintiff-Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPECIALIZED LOAN SERVICING LLC ) | |
| and THE BANK OF NEW YORK ) | |
| MELLON, as TRUSTEE for the ) | |
| CERTIFICATE-HOLDERS of the ) | |
| CWABS, INC., ASSET-BACKED ) | |
| CERTIFICATES, SERIES 2007-5, ) | |
| ) | |
| Defendants-Creditors. ) | |

### CERTIFICATE OF SERVICE

I, Christopher N. Tomlin, hereby certify that on this day, I caused the foregoing,

Notice of Emergency Motion for Stay Pending Appeal, together with supporting Brief and

DMEAST #20446367 v1

proposed form of Order, to be served on the following recipients via CM/ECF and overnight delivery:

Walter D. Nealy, Esq.
100 South Van Brunt Street
Englewood, NJ  07631
*Attorneys for Plaintiff-Debtor*

Charles A. Gruen, Esq.
381 Broadway, Suite 300
Westwood, NJ  07675
*Attorneys for Plaintiff-Debtor*

/s/ Christopher N. Tomlin
CHRISTOPHER N. TOMLIN

Dated November 24, 2014