UNITED STATES BANKRUPTCY COURT
District of New Jersey

FILED
DEC 29 2014
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| In re: | Chapter: 13 |
| Gordon Allen Washington -v- Specialized Loan Servicing LLC and The Bank of New York Mellon, as Trustee for the Certificate-Holders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 | Case Number: 14-14573 |
| | Civil Number: |
| | Adversary Number: 14-1319 |
| | Bankruptcy Judge: STECKROTH |

## TRANSMITTAL OF APPEAL DOCUMENT(S) TO:

☒ DISTRICT COURT    ☐ CIRCUIT COURT OF APPEALS

A Notice of Appeal was filed in our office on __11/26/14__. The parties to the appeal are:

Appellant(s): Specialized Loan Servicing          Appellee(s): Gordon Allen Washington
Attorney: Christopher N. Tomlin                    Attorney: Charles A. Gruen
Address: 210 Lake Drive East, Suite 200            Address: 381 Broadway Ste. 300
         Cherry Hill, NJ 08002                               Westwood, NJ 07675

Title of Order Appealed: Order Granting Summary Judgment/Amended Order Granting Summary Judgment
Date Entered On Docket: 11/20/14   Docket #30          Docket #35

The items indicated below are being transmitted together:

☒ Notice of Appeal            ☒ Order being Appealed         ☒ Designation of Record on Appeal
☐ Statement of Issues         ☐ Transcript                   ☐ Transcript Ordered On: _____
☒ Other Motion for Leave to Appeal Docket #38

☒ An appeal has not previously been filed in this case.
☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____      Judge assigned: _____
By: _____                              Date: _____

rev. 12/15/14

**BALLARD SPAHR LLP**
Daniel JT McKenna
Christopher N. Tomlin
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 673-3840 (ph)
(856) 761-1020 (fax)
mckennad@ballardspahr.com
tomlinc@ballardspahr.com

*Attorneys for Defendants-Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>GORDON ALLEN WASHINGTON,<br><br>Debtor. | Case No. 14-14573 (TBA)<br>Chapter 13 |
| GORDON ALLEN WASHINGTON,<br><br>Plaintiff-Debtor,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING LLC and THE BANK OF NEW YORK MELLON, as TRUSTEE for the CERTIFICATE-HOLDERS of the CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>Defendants-Creditors. | Adv. Proc. No. 14-01319 (TBA) |

### NOTICE OF APPEAL

Specialized Loan Servicing LLC ("SLS") as special servicer for The Bank of New York

Mellon f/k/a The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc.,

ASSET-BACKED CERTIFICATES, SERIES 2007-5 s/h/a The Bank of New York Mellon, as

DMWEST #11484902 v2

Trustee for the certificate-holders of the CWABS, Inc., ASSETBACKED CERTIFICATES, SERIES 2007-5 (the "Trust," with SLS the "Defendants-Creditors"), appeals under 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(b), 8002(a) and 8003 from the Amended Order Granting Debtor / Plaintiff Summary Judgment, Disallowing Defendant's Secured Claim Pursuant to 11 § U.S.C. 506(a)(1) and (d) (Adv. Proc. Doc. No. 35) (the "Order") that was filed on November 20, 2014 and entered on November 25, 2014.

The names of all parties to the judgment and Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Gordon A. Washington<br>(the Debtor/Plaintiff) | Walter D. Nealy<br>100 S. Van Brunt St.<br>Englewood, NJ 07631<br>Telephone: 201-227-0063 |
| | Charles A. Gruen<br>Rosa Amica-Terra<br>Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, NJ 07675<br>Telephone: 201-666-6200 |
| Specialized Loan Servicing LLC and<br>The Bank of New York Mellon | Daniel JT McKenna<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 864-8321 |
| | David V. Mignardi<br>Kenneth J. Flickinger<br>Karen B. Olson<br>Knuckles, Komosinski & Elliott, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Telephone: 914-345-3020 |

       Ballard Spahr LLP
       Attorneys for Defendants-Creditors


       By:   /s/ Christopher N. Tomlin
       Christopher N. Tomlin

Dated: November 26, 2014



| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, New Jersey 07675<br>(201) 342-1212 | |
| In Re:<br>GORDON A. WASHINGTON | Case No.: 14-14573 (TBA)<br>Hearing Date: September 30, 2014 |
| GORDON A. WASHINGTON<br><br>Plaintiff(s)<br>v.<br>SPECIALIZED LOAN SERVICING, LLC and TTHE BANK OF NEW YORK MELLON, as Trustee for the Certificate-holders of the CWABS,<br>Defendant(s) | Adv. No.: 14-01319 (TBA)<br>Judge: Michael B. Kaplan, USBJ |

**ORDER GRANTING DEBTOR/PLAINTIFF SUMMARY JUDGMENT, DISALLOWING DEFENDANT'S SECURED CLAIM PURSUANT TO 11 § U.S.C. 502(b)(1) and AVOIDING LIEN PURSUANT TO 11 § U.S.C. 506(a)(1) and (d)**

The relief set forth on the following pages, numbered two (2) through ___4___ is hereby **ORDERED**.

DATED: 11/17/2014

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | GORDON A. WASHINGTON |
| Case No.: | 14-14573 (TBA) |
| Adversary Pro. No.: | 14-01319 (TBA) |
| Caption of Order: | Order Granting Debtor/Plaintiff Summary Judgment, Disallowing Defendant's Secured Claim 11 U.S.C. § 502(b)(1)and Avoiding Lien pursuant to 11 U.S.C. § 506(a)(1) and (d) |

THIS MATTER having come before the Court upon an application of the Debtor/Plaintiff, GORDON A. WASHINGTON, by way of Motion and Cross-Motion for Summary Judgment against the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5, and the Cross-Motion for Summary Judgment of the Defendants, and the Court having considered the submissions of the parties, and having heard the arguments of counsel and for the reasons set forth in the Court's opinion dated November 5, 2014:

IT IS ORDERED that the Motion and Cross-Motion for Summary Judgment against the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5, and in favor of Plaintiff, GORDON A. WASHINGTON, be, and the same are hereby granted with prejudice; and it is further

ORDERED that the Cross-Motion for Summary Judgment of the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5, be, and the same is hereby denied with prejudice; and it is further

ORDERED that the Proof of Claim filed by the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY, on July 17,

*Approved by Judge Michael Kaplan November 17, 2014*

2014 [Proof of Claim Number 7-1] is hereby disallowed under 11 U.S.C. § 502(b)(1) as unenforceable ; and it is further

ORDERED that the Debtor/Plaintiff, GORDON A. WASHINGTON, shall retain title to the real property described in the next paragraph, free and clear of any claim of the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5; and it is further

ORDERED that the Mortgage/Lien referenced below is voided pursuant to 11 U.S.C. § 506(d), discharged and cancelled of record:

    a)    Description of real property: 1 Walnut Street, Madison, New Jersey (Block 1001, Lot 25). Legal description is attached hereto and made a part hereof as Exhibit "A";

    b)    Description of Mortgage:

        1. Original Mortgagee: America's Wholesale Lender;

        2. Current Assignee: The Bank of New York for the Benefit of Certificate Holders, CWABS, Inc. Asset-Backed Certificates Series 2007-5, by Assignment dated November 12, 2007, recorded at Assignment Book 21153, page 683 on September 9, 2008, and Corrective Assignment dated December 31, 2013, recorded at Assignment Book 22480, page 789 on January 8, 2013 in the Morris County Clerk's Office;

        3. Current Servicer: Specialized Loan Servicing, LLC;

        4. Date of Mortgage: February 27, 2007;

        5. Date of Recordation: March 8, 2007;

        6. Place of Recordation: Morris County, County Clerk's Office, Morristown, New Jersey

            i.    Mortgage Book 20764;
            ii.    Page 0771

*Approved by Judge Michael Kaplan November 17, 2014*

7. Original principal balance of Mortgage: $520,000.00; and it is further

ORDERED that a certified or exemplified copy of this Order shall be recorded with the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Approved by Judge Michael Kaplan November 17, 2014*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, New Jersey 07675<br>(201) 342-1212 | |
| In Re:<br>GORDON A. WASHINGTON | Case No.: 14-14573 (TBA)<br>Hearing Date: September 30, 2014 |
| GORDON A. WASHINGTON<br><br>Plaintiff(s)<br>v.<br>SPECIALIZED LOAN SERVICING, LLC and TTHE BANK OF NEW YORK MELLON, as Trustee for the Certificate-holders of the CWABS, Defendant(s) | Adv. No.: 14-01319 (TBA)<br>Judge: Michael B. Kaplan, USBJ |

**AMENDED
ORDER GRANTING DEBTOR/PLAINTIFF SUMMARY JUDGMENT, DISALLOWING
DEFENDANT'S SECURED CLAIM PURSUANT TO 11 § U.S.C. 502(b)(1) and
AVOIDING LIEN PURSUANT TO 11 § U.S.C. 506(a)(1) and (d)**

The relief set forth on the following pages, numbered two (2) through ___4___ is hereby **ORDERED**.

**DATED: 11/20/2014**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Court seal: Order Filed on 11/20/20 by U.S. Bankruptcy Court, District of New Jersey]

| | |
|---|---|
| Debtor: | GORDON A. WASHINGTON |
| Case No.: | 14-14573 (TBA) |
| Adversary Pro. No.: | 14-01319 (TBA) |
| Caption of Order: | Order Granting Debtor/Plaintiff Summary Judgment, Disallowing Defendant's Secured Claim 11 U.S.C. § 502(b)(1)and Avoiding Lien pursuant to 11 U.S.C. § 506(a)(1) and (d) |

THIS MATTER having come before the Court upon an application of the Debtor/Plaintiff, GORDON A. WASHINGTON, by way of Motion and Cross Motion for Summary Judgment against the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5, and the Cross Motion for Summary Judgment of the Defendants, and the Court having considered the submissions of the parties, and the arguments of counsel and for the reasons set forth in the Court's opinion dated November 5, 2014:

IT IS ORDERED that the Motion and Cross Motion for Summary Judgment against the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5, and in favor of Plaintiff, GORDON A. WASHINGTON, be, and the same are hereby granted with prejudice; and it is further

ORDERED that the Cross Motion for Summary Judgment of the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5, be, and the same is hereby denied with prejudice; and it is further

ORDERED that the Proof of Claim filed by the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY, on July 17,

*Approved by Judge Michael Kaplan November 20, 2014*

2014 [Proof of Claim Number 7-1] is hereby disallowed under 11 U.S.C. § 502(b)(1) as unenforceable ; and it is further

ORDERED that the Debtor/Plaintiff, GORDON A. WASHINGTON, hereby retains the real property described in the next paragraph, free and clear of any claim of the Defendants, SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON COMPANY AS TRUSTEE FOR CERTIFICATEHOLDERS, CWABS, Inc. ASSET-BACKED CERTIFICATE SERIES 2007-5; and it is further

ORDERED that the Mortgage/Lien referenced below is voided pursuant to 11 U.S.C. § 506(d), discharged and cancelled of record:

- a) Description of real property: 11 Walnut Street, Madison, New Jersey (Block 1001, Lot 25). Legal description is attached hereto and made a part hereof as Exhibit "A";

- b) Description of Mortgage:

    1. Original Mortgagee: America's Wholesale Lender;

    2. Current Assignee: The Bank of New York for the Benefit of Certificate Holders, CWABS, Inc. Asset-Backed Certificates Series 2007-5, by Assignment dated November 12, 2007, recorded at Assignment Book 21153, page 683 on September 9, 2008, and Corrective Assignment dated December 31, 2013, recorded at Assignment Book 22480, page 789 on January 8, 2013 in the Morris County Clerk's Office;

    3. Current Servicer: Specialized Loan Servicing, LLC;

    4. Date of Mortgage: February 27, 2007;

    5. Date of Recordation: March 8, 2007;

    6. Place of Recordation: Morris County, County Clerk's Office, Morristown, New Jersey

        i. Mortgage Book 20764;
        ii. Page 0171

*Approved by Judge Michael Kaplan November 20, 2014*

7. Original principal balance of Mortgage: $520,000.00; and it is further

ORDERED that a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Approved by Judge Michael Kaplan November 20, 2014*