**FILED**
JAMES J. WALDRON
**DEC 2 9 2014**
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 13 |
| Gordon Allen Washington -v- Specialized Loan Servicing LLC and The Bank of New York Mellon, as Trustee for the Certificate-Holders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-5 | Case Number: | 14-14573 |
| | Civil Number: | |
| | Adversary Number: | 14-1319 |
| | Bankruptcy Judge: | STECKROTH |

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

☑ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____11/26/14_____. The parties to the appeal are:

| | | | | |
|---|---|---|---|---|
| Appellant(s): | Specialized Loan Servicing | | Appellee(s): | Gordon Allen Washington |
| Attorney: | Christopher N. Tomlin | | Attorney: | Charles A. Gruen |
| Address: | 210 Lake Drive East, Suite 200 | | Address: | 381 Broadway Ste. 300 |
| | Cherry Hill, NJ 08002 | | | Westwood, NJ 07675 |

Title of Order Appealed: Order Granting Summary Judgment/Amended Order Granting Summary Judgment

Date Entered On Docket: 11/20/14   Docket #30         Docket #35

The items indicated below are being transmitted together:

☑ Notice of Appeal        ☑ Order being Appealed        ☑ Designation of Record on Appeal
☐ Statement of Issues     ☐ Transcript                  ☐ Transcript Ordered On: _____
☑ Other  Motion for Leave to Appeal  Docket #38

☑ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: 14-8063 (SDW)        Judge assigned: HON. SUSAN D. WIGENTON
By: _____                                Date: 12/29/2014

*rev. 12/15/14*