UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices
CHARLES A. GRUEN
Rosa Amica-Terra, Esq. (006412007)
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212

In Re:

Gordon Allen Washington

Washington v. Specialized Loan Servicing

Case No.: __14-01319__

Chapter: __13__

Hearing Date: __7/20/2016__

Judge: __Michael B. Kaplan__

## ADJOURNMENT REQUEST

1. I, __Rosa Amica-Terra__,

   ☒ am the attorney for: __Gordon Allen Washington__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Washington v. Specialized Loan Servicing, et al.__

   Current hearing date and time: __July 20, 2016, at 10:00 a.m.__

   New date requested: __October 19, 2016, at 10:00 a.m.__

   Reason for adjournment request: __Debtor's appeal to Third Circuit has been fully briefed, but oral argument has not yet been scheduled.__

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __07/19/2016__               __/s/ Rosa Amica-Terra__
                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 10/19/2016 at 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

*new.8/1/15*